Leah M. Beligan (SBN 250834)
lmbeligan@bbclawyers.net
Jerusalem F. Beligan (SBN 211258)
jbeligan@bbclawyers.net
**BELIGAN LAW GROUP, LLP**
19800 MacArthur Blvd., Ste. 300
Newport Beach, CA 92612
Telephone: (949) 224-3881

| | |
|---|---|
| James L. Simon<br>james@simonsayspay.com<br>**SIMON LAW CO.**<br>11 ½ N. Franklin Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (216) 816-8696 | Michael L. Fradin<br>mike@fradinlaw.com<br>**FRADIN LAW**<br>8401 Crawford Ave., Ste. 104<br>Skokie, IL 60076<br>Telephone: (847) 986-5889 |

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Kohn, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>eHarmony, Inc., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2: 24-cv-00613-ODW-SSC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)** |

　　Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Kohn ("Plaintiff") hereby gives notice that this action is voluntarily dismissed. Defendant eHarmony, Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff voluntarily dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

///

///

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

| | | |
|---|---|---|
| 1 | Dated: March 11, 2024 | Respectfully submitted, |
| 2 | | By: /s/ *Leah M. Beligan* |
| 3 | | Leah M. Beligan (SBN 250834) |
| | | lmbeligan@bbclawyers.net |
| 4 | | Jerusalem F. Beligan (SBN 211258) |
| 5 | | jbeligan@bbclawyers.net |
| | | **BELIGAN LAW GROUP, LLP** |
| 6 | | 19800 MacArthur Blvd., Ste. 300 |
| 7 | | Newport Beach, CA 92612 |
| | | Telephone: (949) 224-3881 |
| 8 | | |
| 9 | | **FRADIN LAW** |
| 10 | | By: /s/ *Michael L. Fradin* |
| 11 | | Michael L. Fradin |
| | | mike@fradinlaw.com |
| 12 | | 8 N. Court St. Suite 403 |
| 13 | | Athens, Ohio 45701 |
| | | Telephone: 847-986-5889 |
| 14 | | Facsimile: 847-673-1228 |
| 15 | | |
| 16 | | **SIMON LAW CO.** |
| 17 | | By: /s/ *James L. Simon* |
| | | James L. Simon |
| 18 | | james@simonsayspay.com |
| | | Simon Law Co. |
| 19 | | 11 ½ N. Franklin Street |
| | | Chagrin Falls, Ohio 44022 |
| 20 | | Telephone: (216) 816-8696 |
| 21 | | *Attorneys for Plaintiff and the Putative Class* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**